Date: 09/20/10  RECP # 151018                        Page: 1

DIVIDENDS REMITTED TO THE COURT

Case Number 09-21248 - WALKER, DONTA LOSHA

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Columbia Gas Of Ohio*<br>Revenue Recovery<br>200 Civic Center Drive<br>Columbus, OH 43215-0000 | 000004 | 279.64 | 0.84  CK # 116 |
| St. John West Shore Hospital<br>P.O. Box 951204<br>Cleveland, OH 44193-0005 | 000005 | 522.31 | 1.58  # 117 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPENNEY CREDIT SERVICES<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000007 | 1,488.10 | 4.46  # 119 |
| Ohio Edison*<br>Attn: Bankruptcy Department<br>6896 Miller Road<br>Brecksville, OH 44141-0000<br>(9-1) electric service | 000009 | 165.28 | 0.50  # 121 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba LOWES CONSUMER<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000010 | 797.64 | 2.39  # 122 |
| ---------- Remittance Total ---------- | | 3,252.97 | 9.77 |

TRUSTEE VIRGIL E. BROWN, JR., Trustee

FILED 2010 SEP 27 AM 11:34
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Printed: 09/20/10 07:30 AM   Ver: 15.20

09-21248-aih   Doc 44   FILED 09/27/10   ENTERED 09/28/10 09:25:08   Page 1 of 1